AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

Case 4:98-cr-00074-JLH   Document 53   Filed 06/23/10   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 23 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.

WILLIAM HENCE

Judgment in a Criminal Case
(For **Revocation** of Probation or Supervised Release)

Case No.    4:98CR00074 JLH
USM No.    19209-009

Lisa G. Peters
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) _General_ of the term of supervision.
X was found in violation of condition(s) _General, 3_ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful use of a controlled substance | June 1, 2010 |
| General | Violation of federal, state, or local law | May 30, 2010 |
| 3 | Failure to truthfully answer inquiries of probation officer | May 12, 2010 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9529

Defendant's Year of Birth:    1962

City and State of Defendant's Residence:
Pine Bluff, Arkansas

June 23, 2010
Date of Imposition of Judgment

_____
Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

June 23, 2010
Date

DEFENDANT: WILLIAM HENCE
CASE NUMBER: 4:98CR00074 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

### 46 MONTHS with no term of supervised release to follow

X   The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends defendant participate in residential substance abuse treatment and mental health treatment during incarceration. The Court further recommends defendant be placed in the FCI Forrest City facility.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL